**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
DENETTE J. LIGON, Individually and as the
representative of a class of similarly situated persons,

          Plaintiff,

Case No. 1:23-cv-5093-JGK

- against -

WHATNOT INC.,

          Defendants.
--------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Denette J. Ligon, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, without prejudice, and without costs or attorneys' fees, of the above-referenced matter against Whatnot, Inc.

Dated: Scarsdale, New York
      July 6, 2023

                                  SHAKED LAW GOUP, P.C.
                                  Attorneys for Plaintiff

                                  By: _____
                                  Dan Shaked, Esq.
                                  14 Harwood Court, Suite 415
                                  Scarsdale, NY 10583
                                  Tel. (917) 373-9128
                                  Fax (718) 704-7555
                                  e-mail: ShakedLawGroup@Gmail.com

                                  SO ORDERED:

7/7/23
                                  _____
                                  U.S.D.J.